MINUTES OF CHAPTER 13 § 341(a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Wadsworth_____ JAD/TPA/CMB/(GLT)

Case Number: __17-24220__

Date of Meeting: __12/18/17__           Recording # __5__

Debtor(s) present __✓__ or Not Present ___ (__ No Payments Made or __ partial payments)

Attorney for debtor(s) __Sacca_____ (Present __✓__ or Not Present ___)

Date of Plan at § 341: __11/14/17__ Applicable commitment period ___3 yrs __(5 yrs)__

D'Antonio for Westmoreland FCU

Asked for 2017 return once filed.

Debtor to seek LMP

FILED
2017 DEC 21 P 1:36
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

No payments
Can lt for
payment
proof

____ Meeting HELD and CONCLUDED
__✓__ Meeting HELD but CONTINUED (not closed)
____ Meeting NOT HELD
         ____ Order to Show Cause Requested
         ____ To be rescheduled by Clerk

____ Confirmation Order recommended ____ Final ____ Interim
____ Amended Plan due:_____; Objections due:_____

____ Trustee recommends dismissal of the case (Debtor consents)
____ Trustee recommends dismissal of the case (Debtor does not consent)*
____ Trustee recommends dismissal of the case (Debtor has no defense)
____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__✓__ Continued to:
____ 341 Meeting OR ____ Conciliation Conf. OR __ *Contested Hearing
On __2/22/18__ at __11:30__ am/pm Location _____

_____
Chapter 13 Trustee/Attorney for Trustee