Certificate Number: 16339-PAW-DE-030541494

Bankruptcy Case Number: 17-24220



16339-PAW-DE-030541494

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 7, 2018, at 9:07 o'clock PM EST, Karen Wadsworth completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   February 7, 2018                    By:   /s/Kelley Tipton

                                            Name: Kelley Tipton

                                            Title: Certified Financial Counselor