IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 17-24220-GLT |
| DAVID WADSWORTH AND | : | Chapter 13 |
| KAREN L. WADSWORTH, | : | |
| | : | |
|     Debtors | : | |
| WESTMORELAND COMMUNITY | : | |
| FEDERAL CREDIT UNION, | : | |
|    Movant | : | |
| | : | |
|    vs. | : | |
| | : | |
| DAVID WADSWORTH AND | : | |
| KAREN L. WADSWORTH, | : | |
|     Respondents | : | |

**AMENDED NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF WESTMORELAND COMMUNITY FEDERAL CREDIT UNION FOR MOTION TO FILE OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN NUNC PRO TUNC**

TO THE RESPONDENTS:

    You are hereby notified that the Movant seeks an order affecting your rights or property.

    You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than March 5, 2018 *(i.e.,* seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

    You should take this Notice and the Motion to a lawyer at once.

      A hearing will be held on <u>March 28, 2018 at 9:00 a.m.</u> before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of service: 2/15/18            Respectfully Submitted,

                          COVELLI LAW OFFICES, P.C.

                          /s/ Natalie D'Antonio
                          Natalie D'Antonio, Esquire
                          Pa. I.D. #314365
                          357 Regis Avenue, Suite 1
                          Pittsburgh, PA  15236
                          (412) 653-5000
                          info@covelllilaw.com