IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | Case No. 17-24220-GLT |
| DAVID WADSWORTH AND : | Chapter 13 |
| KAREN L. WADSWORTH, : | |
| : | |
| Debtors : | |
| WESTMORELAND COMMUNITY : | |
| FEDERAL CREDIT UNION, : | |
| Movant : | |
| : | |
| vs. : | |
| : | |
| DAVID WADSWORTH AND : | |
| KAREN L. WADSWORTH, : | |
| Respondents : | |

## AMENDED CERTIFICATE OF SERVICE

I, the undersigned, certify that I served or caused to be served, on the 22nd day February, 2018, a copy of the Amended Notice of Hearing and Motion with attached proposed Order of Court herewith upon each of the following persons and parties in interest at the addresses shown below:

DAVID WADSWORTH
KAREN L. WADSWORTH
309 BALTIMORE STREET
BELLE VERNON, PA 15012

Respectfully Submitted,

COVELLI LAW OFFICES, P.C.

/s/ Natalie D'Antonio
Natalie D'Antonio, Esquire
Pa. I.D. #314365

357 Regis Avenue, Suite 1
Pittsburgh, PA 15236
(412) 653-5000
info@covelllilaw.com