# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| Debtor: | DAVID & KAREN L WADSWORTH |
| Case Number: | 17-24220-GLT    Chapter: 13 |
| Date / Time / Room: | THURSDAY, FEBRUARY 22, 2018 11:30 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

*Matter:*

#17 - Continued Confirmation of Plan Dated 11-14-17 (N)
#22 - Objection by VW Credit, Inc.
#34 - Objection by Carrington Mortgage Services, LLC
R / M #: 17 / 0

*Appearances:* Sacca

Debtor:
Trustee: Winnecour / (Pail) / Katz

Creditor:

Warmbrodt - VW Credit
N. D'Antonio - Westmoreland Comm CU.

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. __X__ An Amended Plan is to be served on all creditors and certificate of service filed by 3/16/18.
   Objections are due on or before 4/6/18.
   A hearing on the Amended Plan is set for 4/12/18 at 11:00.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

2/16/2018    1:57:29PM