IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | Case No. 17-24220-GLT |
| DAVID WADSWORTH AND : | Chapter 13 |
| KAREN L. WADSWORTH, : | |
| : | Related to Dkt No. 49 |
| Debtors : | |
| WESTMORELAND COMMUNITY : | |
| FEDERAL CREDIT UNION, : | |
| Movant : | |
| : | |
| vs. : | |
| : | |
| DAVID WADSWORTH AND : | |
| KAREN L. WADSWORTH, : | |
| Respondents : | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, certify that I served or caused to be served, on the 28th day February, 2018, a copy of the Modified Order of Court dated February 26, 2018 upon each of the following persons and parties in interest at the addresses shown below:

DAVID WADSWORTH
KAREN L. WADSWORTH
309 BALTIMORE STREET
BELLE VERNON, PA 15012

COREYJ. SACCA, ESQUIRE
BONONI & COMPANY, P.C.
20 N PENNSYLVANIA AVENUE
SUITE 201
GREENSBURG, PA 15601

UNITED STATES TRUSTEE
LIBERTY CENTER, SUITE 970
1001 LIBERTY AVENUE
PITTSBURGH, PA 15222

RONDA J. WINNECOUR, ESQUIRE
CHAPTER 13 TRUSTEE
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

Respectfully Submitted,

COVELLI LAW OFFICES, P.C.


/s/ Natalie D'Antonio
Natalie D'Antonio, Esquire
Pa. I.D. #314365
357 Regis Avenue, Suite 1
Pittsburgh, PA 15236
(412) 653-5000
info@covelllilaw.com