UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: David Wadsworth f/k/a Karen Latkanich and Karen L. Wadsworth, <br> Debtors. | CHAPTER 13 <br><br> BANKRUPTCY CASE NUMBER <br> 17-24220/GLT |
| Carrington Mortgage Services, LLC as servicer for Bank of America, N.A., <br> Movant, <br> v. <br><br> David Wadsworth f/k/a Karen Latkanich and Karen L. Wadsworth, <br> Respondents/Debtors, <br><br> Ronda J. Winnecour <br> Additional Respondent. | |

**PRAECIPE**

To The Clerk, United States Bankruptcy Court:

Kindly withdraw, without prejudice, Movant, Carrington Mortgage Services, LLC as servicer for Bank of America, N.A.'s Objection to Confirmation of Chapter 13 Plan filed with the Court on December 22, 2017.

Respectfully submitted,

Dated:  March 22, 2018

S&D File #:16-052450

BY: /s/ Kevin S. Frankel
Kevin S. Frankel, Esquire
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610)278-6800/ fax (847) 954-4809
PA BAR ID #318323
pabk@logs.com