FILED
3/23/18 8:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: David Wadsworth f/k/a Karen Latkanich and Karen L. Wadsworth,<br>　　　　Debtors. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER 17-24220/GLT |
| Carrington Mortgage Services, LLC as servicer for Bank of America, N.A.,<br>　　　　Movant,<br>v.<br><br>David Wadsworth f/k/a Karen Latkanich and Karen L. Wadsworth,<br>　　　　Respondents/Debtors,<br><br>Ronda J. Winnecour<br>　　　　Additional Respondent. | Related to Dkt. Nos. 24 and 52 |

## PRAECIPE

To The Clerk, United States Bankruptcy Court:

Kindly withdraw, without prejudice, Movant, Carrington Mortgage Services, LLC as servicer for Bank of America, N.A.'s Objection to Confirmation of Chapter 13 Plan filed with the Court on December 22, 2017.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: March 22, 2018　　　　　　　　　　　BY: /s/ Kevin S. Frankel
　　　　　　　　　　　　　　　　　　　　　　　Kevin S. Frankel, Esquire
　　　　　　　　　　　　　　　　　　　　　　　Shapiro & DeNardo, LLC
　　　　　　　　　　　　　　　　　　　　　　　3600 Horizon Drive, Suite 150
　　　　　　　　　　　　　　　　　　　　　　　King of Prussia, PA 19406
　　　　　　　　　　　　　　　　　　　　　　　(610)278-6800/ fax (847) 954-4809
S&D File #:16-052450　　　　　　　　　　　　PA BAR ID #318323
　　　　　　　　　　　　　　　　　　　　　　　pabk@logs.com

SO ORDERED
March 23, 2018

_/s/ Gregory L. Taddonio_　　cgt
GREGORY L. TADDONIO
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
David Wadsworth
Karen L Wadsworth
    Debtors

Case No. 17-24220-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: Mar 23, 2018
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2018.
db/jdb         +David Wadsworth,    Karen L Wadsworth,    309 Baltimore Street,    Belle Vernon, PA 15012-1562

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2018                                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2018 at the address(es) listed below:
          Corey J. Sacca     on behalf of Joint Debtor Karen L Wadsworth csacca@bononilaw.com,
           coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
          Corey J. Sacca     on behalf of Debtor David  Wadsworth csacca@bononilaw.com,
           coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
          James  Warmbrodt     on behalf of Creditor    VW Credit, Inc. bkgroup@kmllawgroup.com
          Kevin Scott Frankel     on behalf of Creditor    Carrington Mortgage Services, LLC, et al.
           pabk@logs.com
          Natalie N. D'Antonio     on behalf of Creditor    Westmoreland Community Federal Credit Union
           covellilawoffices@yahoo.com, ndantonio@covellilaw.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
          S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                                                            TOTAL: 8