**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>David Wadsworth fka Karen Latkanich<br>Karen L Wadsworth<br><br>                     Debtors<br><br>VW Credit, Inc.<br><br>                     Movant | NO. 17-24220 GLT<br><br>CHAPTER 13<br><br><br><br>Related to Dkt. No. 58<br>(Also Relates to Dkt. Nos. 22 and 59) |

**STIPULATION AND ORDER**

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

WHEREAS, Movant's claim is secured by a 2014 VW Jetta;

WHEREAS, on November 8, 2017, Movant filed a secured proof of claim in the amount of $15,468.08 with an annual interest rate of 5.650000% (Claim No. 1-1);

WHEREAS, Debtors' Chapter 13 Plan dated November 14, 2017 proposes to pay a modified principal balance of $5,375.00 on Movant's secured claim with interest at the rate of 5.25%;

WHEREAS, Movant has filed an objection to Debtors' Chapter 13 Plan;

WHEREAS, the parties have reached an agreement with regard to the treatment of Movant's secured claim under the Plan.

It is therefore Stipulated and agreed as follows:

1. Debtors shall pay the sum of $9,200.00 with interest at the rate of 5.25% on Movant's claim filed at Claim 1-1.

Consented to by:

| | |
|---|---|
| ***/s/ Corey J. Sacca, Esquire*** | ***/s/ James C. Warmbrodt, Esquire*** |
| Corey J. Sacca, Esquire | James C. Warmbrodt, Esquire |
| Bononi & Company | KML Law Group, P.C. |
| Attorney for Debtors | Attorney for Movant |
| 20 North Pennsylvania Avenue | 701 Market Street, Suite 5000 |
| Greensburg, PA 15601 | Philadelphia, PA 19106 |
| Phone: 724-836-2499 | Phone: 215-627-1322 |
| csacca@bononilaw.com | jwarmbrodt@kmllawgroup.com |

Movant shall serve a copy of this Order on respondent(s), their counsel, the Trustee and U.S. Trustee. Movant shall file a certificate of service within 3 days hereof.

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

By the Court,

_____J.
**cgt**

Case Administrator to serve: James Warmbrodt, Esq.