UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>David Wadsworth and Karen L. Wadsworth,<br>    Debtor(s) | Bankruptcy No. 17-24220-GLT |
| | Chapter 13 |
| Carrington Mortgage Services, LLC as servicer for Bank of America, N.A.,<br>    Movant(s)<br>                    v.<br>David Wadsworth, Karen L. Wadsworth, and Ronda J. Winnecour, Trustee<br>    Respondent(s) | Related to Claim # 13 |

## DECLARATION THAT EXISTING CHAPTER 13 PLAN IS SUFFICIENT TO FUND THE PLAN WITH THE MODIFIED DEBT

1. Carrington Mortgage Services, LLC as servicer for Bank of America, N.A. filed a Notice of Mortgage Payment Change on June 22, 2018.
2. Debtor's current escrow account payment was $245.43 per month.
3. Debtor's new escrow account payment is $215.94 per month.
4. Debtor's principal and interest payment remains unchanged
5. Debtor's new total payment is $1,036.81.98 per month.
6. Debtor believes and avers that the current confirmed plan is sufficient without the need for amendment as the escrow payment has decreased.

Date: June 25, 2018    /s/ Corey J. Sacca
                                             Corey J. Sacca, Esq.
                                             PA ID # 306741
                                           Bononi & Company, P.C.
                                           20 North Pennsylvania Ave, Suite 201
                                           Greensburg, PA 15601
                                           (724) 832-2499
                                           csacca@bononilaw.com