# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| Debtor: | DAVID & KAREN L WADSWORTH |
| Case Number: | 17-24220-GLT    Chapter: 13 |
| Date / Time / Room: | THURSDAY, JULY 26, 2018 10:00 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
8/2/18 10:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#51 - Final Confirmation of Plan Dated 3/16/2018 (NFC)
R / M #:  51 / 0

*Appearances:*   Sacca

Debtor:
Trustee: Winnecour / Pailly  Katz / DeSimone

Creditor:

*Proceedings:*   PLEASE SUBMIT CONFIRMATION ORDER

Piscione –
Westmoreland Co.
FCU.

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _X_ Other:  The §341 meeting is closed

7/23/2018   8:10:27AM