IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Karen L. Wadsworth,<br>    Debtor(s) | Bankruptcy No. 17-24220-GLT<br><br>Chapter 13<br><br>Related to Document No. 67, 69 |

**CERTIFICATE OF SERVICE OF**
**AMENDED WAGE ATTACHMENT ORDER AND LOCAL FORM 12 FOR JOINT DEBTOR KAREN L. WADSWORTH**

  I certify under penalty of perjury that I served the above captioned pleading on the parties listed below on August 2, 2018.

  The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First Class Mail, postage pre-paid to Restore Rehabilitation, 10811 Red Run Blvd., Owings Mills, MD 21117.

  If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:  August 2, 2018

                 */s/ Corey J. Sacca*
                 Corey J. Sacca, Esquire
                 20 N. Pennsylvania Ave, Suite 201
                 Greensburg, PA  15601-2337
                 csacca@bononilaw.com
                 (724) 832-2499
                 PA ID# 306741

**PAWB Local Form 7 (07/13)**