FILED
8/1/18 11:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>David Wadsworth and Karen L. Wadsworth,<br>　　　Debtor(s)<br><br>Karen L. Wadsworth<br>　　　Movant(s)<br>　　　　　　　v.<br>Restore Rehabilitation, Ronda J. Winnecour, Trustee<br>　　　Respondent(s)<br><br>D#2 SSN: xxx-xx- 6988 | Bankruptcy No. 17-24220-GLT<br><br>Chapter 13<br><br>Document No. WO-2<br><br>Related to Dkt. No. 67 |

### AMENDED ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

The above-named Joint Debtor, Karen L. Wadsworth, having filed a Chapter 13 petition and Joint Debtor having moved to attach wages to fund the Chapter 13 plan,

　　　IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the Joint Debtor receives income:

　　　　　　Restore Rehabilitation
　　　　　　10811 Red Run Blvd.
　　　　　　Owings Mills, MD 21117

Shall deduct from said income the sum of $ 709.00  bi-weekly, beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the Joint Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefits arising out of present or past employment, or from any other benefits payable to the Joint Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

　　　　　　RONDA J. WINNECOUR, TRUSTEE
　　　　　　P.O. BOX 84051
　　　　　　CHICAGO IL  60689-4002

　　　IT IS FURTHER ORDERED that the above named entity shall notify the Trustee if the Joint Debtor's income is terminated and the reason therefore.

　　　IT IS FURTHER ORDERED that all remaining income of the Joint Debtor, except amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Joint Debtor in accordance with usual payment procedures.

　　　IT IS FURTHER ORDERED THAT NO OTHER DEDUCTION FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF JOINT DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

       IT IS FURTHER ORDERED that this order supersedes previous orders made to the above named entity in this case.

       IT IS FURTHER ORDERED that the above name entity shall not charge any fee to the Joint Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

       IT IS FURTHER ORDERED that the Joint Debtor shall serve this order and copy of the Notification of Joint Debtor's Social Security Number, Local Form No. 12 that includes the Joint Debtor's full social security number on the above-named entity. Joint Debtor shall file a certificate of service regarding service of the order and local form, but the social security number shall not be included on the certificate.

       IT IS FURTHER ORDERED that the Joint Debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the trustee may result in the dismissal of the case after notice and hearing. Employers and other who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to Joint Debtor and this estate.

Dated: August 1, 2018

_____
GREGORY L. TADDONIO, JUDGE
United States Bankruptcy Court

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:
David Wadsworth
Karen L Wadsworth
       Debtors

Case No. 17-24220-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: amaz     Page 1 of 1     Date Rcvd: Aug 01, 2018
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2018.
db/jdb         +David Wadsworth,   Karen L Wadsworth,   309 Baltimore Street,   Belle Vernon, PA 15012-1562

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2018                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2018 at the address(es) listed below:
            Corey J. Sacca    on behalf of Joint Debtor Karen L Wadsworth csacca@bononilaw.com,
             coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
            Corey J. Sacca    on behalf of Debtor David  Wadsworth csacca@bononilaw.com,
             coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
            James    Warmbrodt    on behalf of Creditor    VW Credit, Inc. bkgroup@kmllawgroup.com
            Kevin Scott Frankel    on behalf of Creditor    Carrington Mortgage Services, LLC, et al.
             pabk@logs.com
            Kristen D. Little    on behalf of Creditor    Carrington Mortgage Services, LLC, et al.
             pabk@logs.com
            Natalie N. Piscione    on behalf of Creditor    Westmoreland Community Federal Credit Union
             covellilawoffices@yahoo.com,   ndantonio@covellilaw.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
            S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
             srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                      TOTAL: 9