IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>David Wadsworth and Karen L. Wadsworth,<br>Debtor(s) | Bankruptcy No. 17-24220-GLT<br><br>Chapter 13<br><br>Related to Document No. 79, 81 |

**CERTIFICATE OF SERVICE OF**
**ORDER TERMINATING PAYROLL DEDUCTION FOR JOINT DEBTOR KAREN L. WADSWORTH**

I certify under penalty of perjury that I served the above captioned pleading on the parties listed below on July 9, 2019.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First Class Mail, postage pre-paid to:

> Restore Rehabilitation
> c/o Payroll Coordinator
> 10811 Red Run Blvd.
> Owning Mills. MD 21117.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: July 9, 2019

*/s/ Corey J. Sacca*
Corey J. Sacca, Esquire
20 N. Pennsylvania Ave, Suite 201
Greensburg, PA  15601-2337
csacca@bononilaw.com
(724) 832-2499
PA ID# 306741

**PAWB Local Form 7 (07/13)**