IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>David Wadsworth and Karen L. Wadsworth,<br>                    Debtor(s) | Bankruptcy No. 17-24220-GLT<br><br>Chapter 13<br><br>Related to Document No. 80, 82 |

## CERTIFICATE OF SERVICE OF
## WAGE ATTACHMENT ORDER AND LOCAL FORM 12 FOR JOINT DEBTOR KAREN L. WADSWORTH

      I certify under penalty of perjury that I served the above captioned pleading on the parties listed below on July 9, 2019.

      The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First Class Mail, postage pre-paid to

            Vona Case Management Inc.
            Donna Johnson-CPT
            Director of Finance
            29000 hwy 98, Bldg A-101
            Daphne, AL 36526.

      If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:  July 9, 2019

                                                                                            ***/s/ Corey J. Sacca***
                                                                                          Corey J. Sacca, Esquire
                                                                                          20 N. Pennsylvania Ave, Suite 201
                                                                                          Greensburg, PA  15601-2337
                                                                                          csacca@bononilaw.com
                                                                                          (724) 832-2499
                                                                                          PA ID# 306741

**PAWB Local Form 7 (07/13)**