FILED
8/16/19 2:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATE BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>David Wadsworth, and Karen L. Wadsworth,<br>     Debtor(s)<br><br>David Wadsworth,<br>     Movant<br>          v.<br>Shady Oak Enterprise Inc. and Ronda J.<br>Winnecour, Trustee,<br>     Respondent(s)<br><br>D#1 SSN: xxx-xxx-6787 | Bankruptcy No. 17-24220-GLT<br><br>Chapter 13<br><br>Related to Document No. WO-1<br><br>Related to Document No. 89 |

ORDER TERMINATING PAYROLL DEDUCTION

    Upon representation of the above named Debtor, David Wadsworth, having filed a Chapter 13 petition and having moved to attach wages to fund the Chapter 13 plan through Shady Oak Enterprise Inc..  Further, it being represented that Debtor is no longer in the employ of Shady Oak Enterprise Inc..

    IT IS THEREFORE, ORDERED that the wage attachment currently in place with Shady Oak Enterprise Inc. is terminated.

    IT IS FURTHER ORDERED that this Order supersedes previous Orders made to the above named entity and counsel for the Debtor shall serve a copy of this Order upon the Respondents within five (5) days of entry of this Order.

    IT IS FURTHER ORDERED that the above named entity shall not charge any fee to the Debtor for the administration of this attachment Order except as may be allowed upon application to and Order of this Court.

Dated:  August 16, 2019

BY THE COURT:

_____
Gregory L. Taddonio    cgt
United States Bankruptcy Judge

Prepared by:
Corey J. Sacca, Esq.


Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-24220-GLT
David Wadsworth                                                     Chapter 13
Karen L Wadsworth
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: agro                Page 1 of 1              Date Rcvd: Aug 16, 2019
                               Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2019.
db            +David Wadsworth,   309 Baltimore Street,   Belle Vernon, PA 15012-1562

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2019 at the address(es) listed below:
              Corey J. Sacca    on behalf of Joint Debtor Karen L Wadsworth csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
              Corey J. Sacca    on behalf of Debtor David  Wadsworth csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor    VW Credit, Inc. bkgroup@kmllawgroup.com
              Kevin Scott Frankel    on behalf of Creditor    Carrington Mortgage Services, LLC, et al.
               pabk@logs.com
              Kristen D. Little    on behalf of Creditor    Carrington Mortgage Services, LLC, et al.
               pabk@logs.com
              Natalie N. Piscione    on behalf of Creditor    Westmoreland Community Federal Credit Union
               covellilawoffices@yahoo.com, ndantonio@covellilaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 9