IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>David Wadsworth and Karen L. Wadsworth,<br>  Debtor(s) | Bankruptcy No. 17-24220-GLT<br><br>Chapter 13 |
| David Wadsworth and Karen L. Wadsworth,<br>  Movant(s)<br>          v.<br><br>NO RESPONDENT(S) | Document No. 87, 88<br><br>Hearing Date & Time: Wednesday, September 11, 2019 at 10:00 AM |

**CERTIFICATE OF NO OBJECTION REGARDING
MOTION TO APPROVE POST-PETITION FINANCING**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Financing filed on August 2, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than August 20, 2019.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court

Date of Service: August 23, 2019

Respectfully submitted,

*/s/ Corey J. Sacca*
Corey J. Sacca, Esquire
20 N. Pennsylvania Ave, Suite 201
Greensburg, PA  15601-2337
csacca@bononilaw.com
(724) 832-2499
PA ID# 306741