IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DAVID WADSWORTH
KAREN L WADSWORTH

Case No: 17-24220-gtl
Chapter 13

## NOTICE TO WITHDRAW PROOF OF CLAIM

I, Danielle Meneeley of Wesbanco, do hereby wish to withdraw the balance of the following claim:

Claim Number: 15

Amount of Claim: $5418.64

Date Claim was Filed: August 28, 2019

Reason for withdrawing claim: POC filed to wrong account

Please state your name and the name and address of the creditor withdrawing the balance of this claim below:

WESBANCO BANK INC.
1 BANK PLAZA
WHEELING, WV 26003

## CERTIFICATE OF SERVICE

I Danielle Meneeley, of Wesbanco do hereby certify that service of the foregoing NOTICE TO WITHDRAW REMAINING BALANCE OF PROOF OF CLAIM was made by mailing a true copy to the following with postage prepaid, on this 28th day of August 28, 2019.

CREDITOR SIGNATURE

Ronda J Winnecour
U.S. Steel Tower-Suite 325035
600 Grant Street
Pittsburgh, PA 15219

Corey J Sacca
20 North Pennsylvania Ave
Greensburg, PA 15601

Office of the U.S. Trustee
1001 Liberty Ave, Suite 970