FILED
8/30/19 2:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DAVID WADSWORTH
KAREN L WADSWORTH

Case No: 17-24220-gtl
Chapter 13
Related to Dkt. No. 99

## NOTICE TO WITHDRAW PROOF OF CLAIM

I, Danielle Meneeley of Wesbanco, do hereby wish to withdraw the balance of the following claim:

Claim Number: 15

Amount of Claim: $5418.64

Date Claim was Filed: August 28, 2019

Reason for withdrawing claim: POC filed to wrong account

Please state your name and the name and address of the creditor withdrawing the balance of this claim below:

WESBANCO BANK INC.
1 BANK PLAZA
WHEELING, WV 26003

---

## CERTIFICATE OF SERVICE

I Danielle Meneeley, of Wesbanco do hereby certify that service of the foregoing NOTICE TO WITHDRAW REMAINING BALANCE OF PROOF OF CLAIM was made by mailing a true copy to the following with postage prepaid, on this 28th day of August 28, 2019.

CREDITOR SIGNATURE

Ronda J Winnecour
U.S. Steel Tower-Suite 325035
600 Grant Street
Pittsburgh, PA 15219

Office of the U.S. Trustee
1001 Liberty Ave, Suite 970

Corey J Sacca
20 North Pennsylvania Ave
Greensburg, PA 15601

SO ORDERED
August 30, 2019

GREGORY L. TADDONIO    cgt
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
David Wadsworth
Karen L Wadsworth
     Debtors

Case No. 17-24220-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2　　　　User: aala　　　　Page 1 of 1　　　　Date Rcvd: Aug 30, 2019
　　　　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2019.
db/jdb         +David Wadsworth,    Karen L Wadsworth,   309 Baltimore Street,   Belle Vernon, PA 15012-1562

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bankrupt-adjdept@wesbanco.com Aug 31 2019 02:59:49      WESBANCO BANK, INC,
                1 BANK PLAZA,    WHEELING, WV 26003-3565
                                                                                                                                 TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2019 at the address(es) listed below:
         Corey J. Sacca    on behalf of Joint Debtor Karen L Wadsworth csacca@bononilaw.com,
          coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
         Corey J. Sacca    on behalf of Debtor David  Wadsworth csacca@bononilaw.com,
          coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
         James  Warmbrodt    on behalf of Creditor    VW Credit, Inc. bkgroup@kmllawgroup.com
         Kevin Scott Frankel    on behalf of Creditor    Carrington Mortgage Services, LLC, et al.
          pabk@logs.com
         Kristen D. Little    on behalf of Creditor    Carrington Mortgage Services, LLC, et al.
          pabk@logs.com
         Natalie N. Piscione    on behalf of Creditor    Westmoreland Community Federal Credit Union
          covellilawoffices@yahoo.com,   ndantonio@covellilaw.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
          srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                                    TOTAL: 9