IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>David Wadsworth and Karen L. Wadsworth,<br>Debtor(s) | Bankruptcy No. 17-24220-GLT<br><br>Chapter 13<br><br>Related to Document No. 103, 105 |

**CERTIFICATE OF SERVICE OF
ORDER TERMINATING PAYROLL DEDUCTION**

    I certify under penalty of perjury that I served the above captioned pleading on the parties listed below on October 3, 2019.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First Class Mail, postage pre-paid to

        Vona Case Management Inc.
        Donna Johnson-CPT Director of Finance
        29000 Hwy 98, Bldg A-101
        Daphne, AL 36526

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."


EXECUTED ON:  October 3, 2019

        */s/ Corey J. Sacca*
        Corey J. Sacca, Esquire
        20 N. Pennsylvania Ave, Suite 201
        Greensburg, PA  15601-2337
        csacca@bononilaw.com
        (724) 832-2499
        PA ID# 306741

**PAWB Local Form 7 (07/13)**