```
                                                                    FILED
                                                                    10/3/19 12:21 pm
              UNITED STATE BANKRUPTCY COURT                         CLERK
              WESTERN DISTRICT OF PENNSYLVANIA                      U.S. BANKRUPTCY
                                                                    COURT - WDPA
```

| | |
|---|---|
| In Re:<br>David Wadsworth, and Karen L. Wadsworth,<br>　　Debtor(s) | Bankruptcy No. 17-24220-GLT |
| Karen L. Wadsworth,<br>　　Movant<br>　　　　　　v.<br>Vona Case Management Inc., and Ronda J.<br>Winnecour, Trustee,<br>　　Respondent(s)<br><br>D#2 SSN: xxx-xxx-6988 | Chapter 13<br><br>Related to Dkt. No. 103 |

### ORDER TERMINATING PAYROLL DEDUCTION

　　Upon representation of the above named Joint Debtor, Karen L. Wadsworth, having filed a Chapter 13 petition and having moved to attach wages to fund the Chapter 13 plan through Vona Case Management Inc. Further, it being represented that Joint Debtor is no longer in the employ of Vona Case Management Inc.

　　IT IS THEREFORE, ORDERED that the wage attachment currently in place with Vona Case Management Inc. is terminated.

　　IT IS FURTHER ORDERED that this Order supersedes previous Orders made to the above named entity and counsel for the Joint Debtor shall serve a copy of this Order upon the Respondents within five (5) days of entry of this Order.

　　IT IS FURTHER ORDERED that the above named entity shall not charge any fee to the Joint Debtor for the administration of this attachment Order except as may be allowed upon application to and Order of this Court.

BY THE COURT:

Dated: October 3, 2019

_____
GREGORY L. TADDONIO, JUDGE
United States Bankruptcy Judge

Prepared by:
Corey J. Sacca, Esq.

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
David Wadsworth  
Karen L Wadsworth  
     Debtors

Case No. 17-24220-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: agro      Page 1 of 1      Date Rcvd: Oct 03, 2019  
                       Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2019.  
jdb         +Karen L Wadsworth,    309 Baltimore Street,    Belle Vernon, PA 15012-1562

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019                                 Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2019 at the address(es) listed below:

         Corey J. Sacca    on behalf of Joint Debtor Karen L Wadsworth csacca@bononilaw.com,  
          coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com  
         Corey J. Sacca    on behalf of Debtor David  Wadsworth csacca@bononilaw.com,  
          coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com  
         James   Warmbrodt    on behalf of Creditor    VW Credit, Inc. bkgroup@kmllawgroup.com  
         Kevin Scott Frankel    on behalf of Creditor   Carrington Mortgage Services, LLC, et al.  
          pabk@logs.com  
         Kristen D. Little    on behalf of Creditor   Carrington Mortgage Services, LLC, et al.  
          pabk@logs.com  
         Natalie N. Piscione    on behalf of Creditor   Westmoreland Community Federal Credit Union  
          covellilawoffices@yahoo.com,   ndantonio@covellilaw.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,  
          srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                TOTAL: 9