FILED
10/3/19 12:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>David Wadsworth and Karen L. Wadsworth,<br>    Debtor(s)<br><br>Karen L. Wadsworth,<br>    Movant<br>               v.<br>Allegiant Managed Care and Ronda J. Winnecour,<br>Trustee,<br>    Respondent(s)<br><br>D#2 SSN: xxx-xxx-6988 | Bankruptcy No. 17-24220-GLT<br><br>Chapter 13<br><br>Document No. WO-2<br><br>Related to Dkt. No. 104 |

**ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

The above named Joint Debtor, Karen L. Wadsworth, having filed a Chapter 13 petition and Joint Debtor having moved to attach wages to fund the Chapter 13 plan,

    IT IS, THERFORE, ORDERED that until further order of this Court, the entity from which the Joint Debtor receives income:

        Allegiant Managed Care
        Attn: Jennifer Gehrlein
        2741 Noblestown Rd
        Pittsburgh PA 15205

Shall deduct from said income the sum of $ 768.00  Semi-monthly , beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the Joint Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefits arising out of present or past employment, or from any other benefits payable to the Joint Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

        RONDA J. WINNECOUR, TRUSTEE
        P.O. BOX 84051
        CHICAGO IL  60689-4002

    IT IS FURTHER ORDERED that the above named entity shall notify the Trustee if the Joint Debtor's income is terminated and the reason therefore.

    IT IS FURTHER ORDERED that all remaining income of the Joint Debtor, except amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Joint Debtor in accordance with usual payment procedures.

    IT IS FURTHER ORDERED THAT NO OTHER DEDUCTION FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY

AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF JOINT DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

    IT IS FURTHER ORDERED that this order supersedes previous orders made to the above named entity in this case.

    IT IS FURTHER ORDERED that the above name entity shall not charge any fee to the Joint Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

    IT IS FURTHER ORDERED that the Joint Debtor shall serve this order and copy of the Notification of Joint Debtor's Social Security Number, Local Form No. 12 that includes the Joint Debtor's full social security number on the above-named entity.  Joint Debtor shall file a certificate of service regarding service of the order and local form, but the social security number shall not be included on the certificate.

    IT IS FURTHER ORDERED that the Joint Debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the trustee may result in the dismissal of the case after notice and hearing.  Employers and other who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

Dated:  October 3, 2019

Hon. Gregory L. Taddonio    cgt
United States Bankruptcy Court

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
David Wadsworth  
Karen L Wadsworth  
      Debtors

Case No. 17-24220-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: agro     Page 1 of 1     Date Rcvd: Oct 03, 2019  
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2019.  
jdb            +Karen L Wadsworth,    309 Baltimore Street,    Belle Vernon, PA 15012-1562

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2019 at the address(es) listed below:  
           Corey J. Sacca    on behalf of Joint Debtor Karen L Wadsworth csacca@bononilaw.com,  
            coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com  
           Corey J. Sacca    on behalf of Debtor David  Wadsworth csacca@bononilaw.com,  
            coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com  
           James   Warmbrodt    on behalf of Creditor   VW Credit, Inc. bkgroup@kmllawgroup.com  
           Kevin Scott Frankel    on behalf of Creditor   Carrington Mortgage Services, LLC, et al.  
            pabk@logs.com  
           Kristen D. Little    on behalf of Creditor   Carrington Mortgage Services, LLC, et al.  
            pabk@logs.com  
           Natalie N. Piscione    on behalf of Creditor   Westmoreland Community Federal Credit Union  
            covellilawoffices@yahoo.com,    ndantonio@covellilaw.com  
           Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
           Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
           S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,  
            srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                                   TOTAL: 9