Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**David Wadsworth
fka Karen Latkanich
Karen L Wadsworth**
   Debtor(s)

Bankruptcy Case No.: 17−24220−GLT
Related to Docket No. 117
Chapter: 13
Docket No.: 118 − 117
Concil. Conf.: March 18, 2021 at 09:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **February 22, 2021,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **March 8, 2021,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **March 18, 2021** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: January 6, 2021

cm: All Creditors and Parties In Interest

Gregory L. Taddonio, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                                      Case No. 17-24220-GLT
David Wadsworth                                                                                                              Chapter 13

Karen L Wadsworth

     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2                                             User: jhel                                             Page 1 of 3
Date Rcvd: Jan 06, 2021                                  Form ID: 213                                     Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Wadsworth, Karen L Wadsworth, 309 Baltimore Street, Belle Vernon, PA 15012-1562 |
| cr | + | Carrington Mortgage Services, LLC, et al., 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5948 |
| cr | ++ | PHEPLE FEDERAL CREDIT UNION, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURG PA 15601-3734 address filed with court:, Westmoreland Community Federal Credit Union, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURGH, PA 15602 |
| 14714439 | + | Brclysbankde, Po Box 8803, Wilmington, DE 19899-8803 |
| 14732037 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C, 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14714446 | + | Sunoco/citi, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14725481 | + | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 14743848 | | Wells Fargo Bank, N.A., d/b/a WFDS, P.O. Box 19657, Irvine, CA 92623-9657 |
| 14714448 | + | Wesbanco Inc, 1 Bank Plaza, Wheeling, WV 26003-3565 |
| 14714450 | + | Wfds/wds, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankrupt-adjdept@wesbanco.com | Jan 07 2021 03:24:00 | WESBANCO BANK, INC, 1 BANK PLAZA, WHEELING, WV 26003-3565 |
| 14759829 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 07 2021 03:21:00 | Bank of America, N.A., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14714440 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 07 2021 03:21:00 | Carrington Mortgage Services, 1600 South Douglass Road,, Suite 200-A, Anaheim, CA 92806-5951 |
| 14714441 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 07 2021 03:22:00 | Cb/buckle, Po Box 182789, Columbus, OH 43218-2789 |
| 14714442 | | Email/Text: mrdiscen@discover.com | Jan 07 2021 03:21:00 | Discoverbank, Po Box 15316, Wilmington, DE 19850 |
| 14714443 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 07 2021 03:22:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 14714444 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 07 2021 03:23:00 | Midland Fund, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14754122 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 07 2021 03:23:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14714445 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 07 2021 03:23:00 | PA Dept. of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14726564 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

| District/off: 0315-2 | User: jhel | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 06, 2021 | Form ID: 213 | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| | | | Jan 07 2021 03:38:45 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14715308 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jan 07 2021 03:33:21 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14728243 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Jan 07 2021 03:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14790338 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Jan 07 2021 03:22:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14714447 | | Email/Text: vci.bkcy@vwcredit.com | | |
| | | | Jan 07 2021 03:23:00 | Vw Credit, 2333 Waukeegan Rd, Deerfield, IL 60015 |
| 14757816 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |
| | | | Jan 07 2021 03:40:33 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | VW Credit, Inc. |
| 14745576 | | Westmoreland Community Federal Credit Union |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14714451 | *P++ | PHEPLE FEDERAL CREDIT UNION, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURG PA 15601-3734, address filed with court:, Wstmrlnd Fcu, 238 S Pennslyvania Ave, Greensburg, PA 15601 |
| 14714449 | ##+ | Westmoreland Community Federal, 1007 Georges Station Road, Greensburg, PA 15601-6982 |

TOTAL: 3 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 08, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor VW Credit  Inc. bnicholas@kmllawgroup.com |
| Corey J. Sacca | |
| | on behalf of Debtor David Wadsworth csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Corey J. Sacca | |

| | |
|---|---|
| District/off: 0315-2 | Page 3 of 3 |
| Date Rcvd: Jan 06, 2021 | Total Noticed: 25 |

User: jhel    Form ID: 213

| | |
|---|---|
| | on behalf of Joint Debtor Karen L Wadsworth csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Kevin Scott Frankel | on behalf of Creditor Carrington Mortgage Services  LLC, et al. pabk@logs.com |
| Kristen D. Little | on behalf of Creditor Carrington Mortgage Services  LLC, et al. pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| Natalie N. Piscione | on behalf of Creditor Westmoreland Community Federal Credit Union covellilawoffices@yahoo.com  ndantonio@covellilaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 9