Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **David Wadsworth** | : | Case No. 17−24220−GLT |
| **fka Karen Latkanich** | : | Chapter: 13 |
| **Karen L Wadsworth** | : | |
| *Debtor(s)* | : | |
| | : | |
| | : | Related to Docket No. 117 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 26th of February, 2021,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
David Wadsworth  
Karen L Wadsworth  
    Debtors

Case No. 17-24220-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dbas     Page 1 of 3  
Date Rcvd: Feb 26, 2021     Form ID: 309     Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol**   **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Wadsworth, Karen L Wadsworth, 309 Baltimore Street, Belle Vernon, PA 15012-1562 |
| cr | + | Carrington Mortgage Services, LLC, et al., 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5948 |
| cr | ++ | PHEPLE FEDERAL CREDIT UNION, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURG PA 15601-3734 address filed with court:, Westmoreland Community Federal Credit Union, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURGH, PA 15602 |
| 14714439 | + | Brclysbankde, Po Box 8803, Wilmington, DE 19899-8803 |
| 14732037 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C, 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14725481 | + | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 14714448 | + | Wesbanco Inc, 1 Bank Plaza, Wheeling, WV 26003-3565 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankrupt-adjdept@wesbanco.com | Feb 27 2021 01:51:00 | WESBANCO BANK, INC, 1 BANK PLAZA, WHEELING, WV 26003-3565 |
| 14759829 | + | Email/Text: BKBCNMAIL@carringtonms.com | Feb 27 2021 01:50:00 | Bank of America, N.A., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14714440 | + | Email/Text: BKBCNMAIL@carringtonms.com | Feb 27 2021 01:50:00 | Carrington Mortgage Services, 1600 South Douglass Road,, Suite 200-A, Anaheim, CA 92806-5951 |
| 14714441 | + | EDI: WFNNB.COM | Feb 27 2021 04:08:00 | Cb/buckle, Po Box 182789, Columbus, OH 43218-2789 |
| 14714442 | | EDI: DISCOVER.COM | Feb 27 2021 04:08:00 | Discoverbank, Po Box 15316, Wilmington, DE 19850 |
| 14714443 | | EDI: IRS.COM | Feb 27 2021 04:08:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 14714444 | + | EDI: MID8.COM | Feb 27 2021 04:08:00 | Midland Fund, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14754122 | + | EDI: MID8.COM | Feb 27 2021 04:08:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14714445 | | EDI: PENNDEPTREV | Feb 27 2021 04:08:00 | PA Dept. of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14714445 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 27 2021 01:51:00 | PA Dept. of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14726564 | | EDI: PRA.COM | Feb 27 2021 04:08:00 | Portfolio Recovery Associates, LLC, POB 12914, |

Case 17-24220-GLT   Doc 121   Filed 02/28/21   Entered 03/01/21 00:41:12   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: dbas | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 26, 2021 | Form ID: 309 | Total Noticed: 25 |

| Recip ID | Bypass/Method | Date/Time | Name and Address |
|---|---|---|---|
| | | | Norfolk VA 23541 |
| 14715308 | + EDI: PRA.COM | Feb 27 2021 04:08:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14728243 | EDI: PENNDEPTREV | Feb 27 2021 04:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14728243 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 27 2021 01:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14790338 | EDI: Q3G.COM | Feb 27 2021 04:08:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14714446 | + EDI: CITICORP.COM | Feb 27 2021 04:08:00 | Sunoco/citi, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14714447 | Email/Text: vci.bkcy@vwcredit.com | Feb 27 2021 01:51:00 | Vw Credit, 2333 Waukeegan Rd, Deerfield, IL 60015 |
| 14757816 | EDI: AIS.COM | Feb 27 2021 04:08:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14743848 | EDI: WFFC.COM | Feb 27 2021 04:08:00 | Wells Fargo Bank, N.A., d/b/a WFDS, P.O. Box 19657, Irvine, CA 92623-9657 |
| 14714450 | + EDI: WFFC.COM | Feb 27 2021 04:08:00 | Wfds/wds, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | VW Credit, Inc. |
| 14745576 | | Westmoreland Community Federal Credit Union |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14714451 | *P++ | PHEPLE FEDERAL CREDIT UNION, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURG PA 15601-3734, address filed with court:, Wstmrlnd Fcu, 238 S Pennslyvania Ave, Greensburg, PA 15601 |
| 14714449 | ##+ | Westmoreland Community Federal, 1007 Georges Station Road, Greensburg, PA 15601-6982 |

TOTAL: 3 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 3 of 3 |
| Date Rcvd: Feb 26, 2021 | Form ID: 309 | Total Noticed: 25 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor VW Credit  Inc. bnicholas@kmllawgroup.com |
| Corey J. Sacca | on behalf of Debtor David Wadsworth csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Corey J. Sacca | on behalf of Joint Debtor Karen L Wadsworth csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Kevin Scott Frankel | on behalf of Creditor Carrington Mortgage Services  LLC, et al. pabk@logs.com |
| Kristen D. Little | on behalf of Creditor Carrington Mortgage Services  LLC, et al. pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| Natalie N. Piscione | on behalf of Creditor Westmoreland Community Federal Credit Union covellilawoffices@yahoo.com ndantonio@covellilaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 9