UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>David Wadsworth and Karen L. Wadsworth,<br>　　　Debtor(s)<br><br>Carrington Mortgage Services, LLC,<br>　　　Movant(s)<br>　　　　　　　v.<br>David Wadsworth, Karen L. Wadsworth, and<br>Ronda J. Winnecour, Trustee<br>　　　Respondent(s) | Bankruptcy No. 17-24220-GLT<br><br>Chapter 13<br><br>Related to Claim # 13 |

## DECLARATION THAT EXISTING CHAPTER 13 PLAN IS SUFFICIENT TO FUND THE PLAN WITH THE MODIFIED DEBT

1. Carrington Mortgage Services, LLC filed a Notice of Mortgage Payment Change on May 26, 2021.
2. Debtor's current escrow account payment was $239.72 per month.
3. Debtor's new escrow account payment is $242.08 per month.
4. Debtor's principal and interest payment remains unchanged
5. Debtor's new total payment is $1,062.95 per month.
6. Debtor believes and avers that the current confirmed plan is sufficient without the need for amendment.

Date:  May 26, 2021　　　　　　　　　/s/ Corey J. Sacca
　　　　　　　　　　　　　　　　　　Corey J. Sacca, Esq.
　　　　　　　　　　　　　　　　　　PA ID # 306741
　　　　　　　　　　　　　　　　　　Bononi & Company, P.C.
　　　　　　　　　　　　　　　　　　20 North Pennsylvania Ave, Suite 201
　　　　　　　　　　　　　　　　　　Greensburg, PA 15601
　　　　　　　　　　　　　　　　　　(724) 832-2499
　　　　　　　　　　　　　　　　　　csacca@bononilaw.com