Case 17-24220-GLT    Doc 140    Filed 06/04/22    Entered 06/05/22 00:22:31    Desc
Imaged Certificate of Notice    Page 1 of 4

6/2/22 12:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>David Wadsworth and Karen L. Wadsworth,<br>    Debtor(s)<br><br>Karen L. Wadsworth,<br>    Movant<br>               v.<br>Allegiant Managed Care and Ronda J. Winnecour,<br>Trustee,<br>    Respondent(s) | Bankruptcy No. 17-24220-GLT<br><br>Chapter 13<br><br>Document No. WO-2<br><br>Related To Docket No. 137 |

**AMENDED ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

The above named Joint Debtor, Karen L. Wadsworth, having filed a Chapter 13 petition and Joint Debtor having moved to attach wages to fund the Chapter 13 plan,

    IT IS, THERFORE, ORDERED that until further order of this Court, the Respondent from which the Joint Debtor receives income:

        Allegiant Managed Care
        Attn: Jennifer Gehrlein
        2741 Noblestown Rd
        Pittsburgh PA 15205

1. Shall deduct from that income the sum of $ 892.00 Semi-monthly, beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

        RONDA J. WINNECOUR
        CHAPTER 13 TRUSTEE, W.E.P.A.
        P.O. BOX 84051
        CHICAGO IL  60689-4002

2. The Debtor is paid Semi-monthly, and the monthly plan payment is $2,900.00
3. The above-named entity shall notify the Trustee if the Debtor's income is terminated and the reason therefore.
4. The Debtors shall serve this order and a copy of the Notification of Debtor's Social Security Number. Local Bankruptcy Form 12, that includes the debtor's full Social Security number on the respondent. Debtor shall file a certificate of service regarding service of the order and local form, but the Social Security number shall not be included on the certificate.
5. All remaining income of the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues shall be paid to the Debtor in accordance with usual payment procedures.

6. NO OTHER DEDUCTION FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR ANY OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY CHILD OR DOMESTIC SUPPORT PAYMENTS.
7. This order supersedes previous orders made to the above named Respondent in this case.
8. The Respondent shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.
9. That the Debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the trustee may result in the dismissal of the case after notice and hearing. Employers and other who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

DATED this _2nd Day of June_____, 2022.

_____
Hon. Gregory L. Taddonio   orb
United States Bankruptcy Court


Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 17-24220-GLT

David Wadsworth Chapter 13

Karen L Wadsworth

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2

Date Rcvd: Jun 02, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2022:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + David Wadsworth, Karen L Wadsworth, 309 Baltimore Street, Belle Vernon, PA 15012-1562

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2022 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas
     on behalf of Creditor VW Credit Inc. bnicholas@kmllawgroup.com

Corey J. Sacca
     on behalf of Joint Debtor Karen L Wadsworth csacca@bononilaw.com
     coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com

Corey J. Sacca
     on behalf of Debtor David Wadsworth csacca@bononilaw.com
     coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com

Kevin Scott Frankel
     on behalf of Creditor Carrington Mortgage Services LLC, et al. pabk@logs.com, logsecf@logs.com

Kristen D. Little

    on behalf of Creditor Carrington Mortgage Services  LLC, et al. logsecf@logs.com

Kristen D. Little
    on behalf of Creditor BANK OF AMERICA  N.A. logsecf@logs.com

Natalie Piscione
    on behalf of Creditor Westmoreland Community Federal Credit Union covellilawoffices@yahoo.com  ndantonio@covellilaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com


TOTAL: 10