IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>David Wadsworth and Karen L. Wadsworth,<br>    Debtor(s) | Bankruptcy No. 17-24220-GLT<br><br>Chapter 13 |
| David Wadsworth and Karen L. Wadsworth,<br>    Movant(s)<br>        v.<br><br>No Respondant(s) | Document No. 141, 142 |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION FOR POST-PETITION FINANCING TO PURCHASE VEHICLE**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Post-Petition Financing to Purchase Vehicle filed on October 13, 2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than October 31, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court

Date of Service: <u>November 2, 2022</u>

Respectfully submitted,

*/s/ Corey J. Sacca*
Corey J. Sacca, Esquire
20 N. Pennsylvania Ave, Suite 201
Greensburg, PA  15601-2337
csacca@bononilaw.com
(724) 832-2499
PA ID# 306741