**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/15/2022

IN RE:

DAVID WADSWORTH
KAREN L WADSWORTH
309 BALTIMORE STREET
BELLE VERNON,  PA  15012
XXX-XX-6787          Debtor(s)

XXX-XX-6988

Case No.17-24220 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/15/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Creditor Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WALMART/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 6409 |
| **LOGS LEGAL GROUP LLP**<br>3600 HORIZON DR STE 150<br>KING OF PRUSSIA, PA  19406 | Trustee Claim Number: 2  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CARRINGTON MORT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number: 3  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BANK OF AMERICA NA****<br>C/O CARRINGTON MORTGAGE SVCS LLC<br>PO BOX 3730<br>ANAHEIM, CA  92806 | Trustee Claim Number: 4  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DKT4PMT-LMT*BGN 11/17 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 2076 |
| **VW CREDIT INC**<br>PO BOX 734400<br>DALLAS, TX  75373-4400 | Trustee Claim Number: 5  INT %: 5.25%<br>Court Claim Number: 1<br>CLAIM: 9,200.00<br>COMMENT: $-%/STIP OE-PL*W/27*DK | CRED DESC: VEHICLE<br>ACCOUNT NO.: 2499 |
| **PHEPLE FEDERAL CREDIT UNION**<br>230 THEOBOLD AVE<br>GREENSBURG, PA  15601 | Trustee Claim Number: 6  INT %: 5.25%<br>Court Claim Number: 9<br>CLAIM: 8,000.00<br>COMMENT: $@5.25%MDF/PL-STIP OE*W/28*FR WESTMORELAND FCU-DOC 133*DK!! | CRED DESC: VEHICLE<br>ACCOUNT NO.: 0021 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number: 7  INT %: 0.00%<br>Court Claim Number: 7-2<br>CLAIM: 28,350.85<br>COMMENT: $/CL-PL*AMD | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 6988 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number: 8  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 1,242.84<br>COMMENT: $@0%/PL-CL*2014-16/PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 6787 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 1,044.64<br>COMMENT: BARCLAYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0131 |
| **BUCKLE**<br>POB 659704<br>SAN ANTONIO, TX  78265-9704 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3250 |

| CLAIM RECORDS | | |
|---|---|---|
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br><br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5823 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br><br>WARREN, MI  48090 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:11<br><br>CLAIM:  2,009.03<br>COMMENT:  6577/SCH*SYNCHRONY/CARE CREDIT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8894 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:4<br><br>CLAIM:  369.86<br>COMMENT:  CITIBANK/SUNOCO | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2568 |
| **WESBANCO BANK INC(*)**<br>ATTN CHECK PROCESSING<br>ONE BANK PLAZA<br><br>WHEELING, WV  26003 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:10<br><br>CLAIM:  6,574.51<br>COMMENT:  DFNCY~REPOED CAMPER/SCH*DFNCY BAL? | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4117 |
| **WELLS FARGO BANK NA D/B/A WELLS FARGO**<br>PO BOX 17900<br><br>DENVER, CO  80217-0900 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:8<br><br>CLAIM:  7,244.87<br>COMMENT:  AUTO/SCH*REPO FEES/DFNCY BAL*LOAN BGN 6/15/14 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5777 |
| **PHEPLE FEDERAL CREDIT UNION F/K/A WESTM**<br>230 THEOBOLD AVE<br><br>GREENSBURG, PA  15601 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  AUTO/SCH*ADR/COA DOC 132 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1003 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA  17128 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:3<br><br>CLAIM:  967.49<br>COMMENT:  NO GEN UNS/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6787 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:5<br><br>CLAIM:  828.52<br>COMMENT:  NT/SCH*SYNCHRONY/WAL-MART | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6409 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA  15212 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:6<br><br>CLAIM:  342.87<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2482 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:7-2<br><br>CLAIM:  0.00<br>COMMENT:  NO SEC/SCH-PL*WNTS 4%*AMD CL=0 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  6988 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br> PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 21  INT %: 0.00% <br> Court Claim Number: 7-2 <br> CLAIM: 5,386.63 <br> COMMENT: NO GEN UNS/SCH*AMD | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6988 |
| **BANK OF AMERICA NA**** <br> C/O CARRINGTON MORTGAGE SVCS LLC <br> PO BOX 3730 <br> ANAHEIM, CA 92806 | Trustee Claim Number: 22  INT %: 0.00% <br> Court Claim Number: 13 <br> CLAIM: 17,853.76 <br> COMMENT: CL13GOV*$/CL-PL*THRU 10/17 | CRED DESC: MORTGAGE ARR. <br> ACCOUNT NO.: 2076 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE** <br> PO BOX 248838 <br> OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 23  INT %: 0.00% <br> Court Claim Number: 12 <br> CLAIM: 1,180.74 <br> COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0001 |
| **QUANTUM3 GRP LLC AGNT - GALAXY INTL PUR** <br> PO BOX 788 <br> KIRKLAND, WA 98083-0788 | Trustee Claim Number: 24  INT %: 0.00% <br> Court Claim Number: 14 <br> CLAIM: 678.31 <br> COMMENT: NT/SCH*MID AMERICA/MILESTONE/GENESIS | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7155 |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ** <br> PO BOX 248838 <br> OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 25  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **WESBANCO BANK INC(*)** <br> ATTN CHECK PROCESSING <br> ONE BANK PLAZA <br> WHEELING, WV 26003 | Trustee Claim Number: 26  INT %: 0.00% <br> Court Claim Number: 15 <br> CLAIM: 0.00 <br> COMMENT: CL @ 5418.64 FILED ON WRONG CASE*W/DRAWN @ DOC 99, 100 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: 7653 |
| **VW CREDIT INC** <br> PO BOX 734400 <br> DALLAS, TX 75373-4400 | Trustee Claim Number: 27  INT %: 0.00% <br> Court Claim Number: 1 <br> CLAIM: 6,268.08 <br> COMMENT: UNSEC BAL/STIP*W/5*DK | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2499 |
| **PHEPLE FEDERAL CREDIT UNION** <br> 230 THEOBOLD AVE <br> GREENSBURG, PA 15601 | Trustee Claim Number: 28  INT %: 0.00% <br> Court Claim Number: 9 <br> CLAIM: 0.00 <br> COMMENT: REM BAL~3405.02~OUTSIDE/STIP OE*W/6 | CRED DESC: VEHICLE <br> ACCOUNT NO.: 0021 |