Case 17-24220-GLT    Doc 157    Filed 05/09/23    Entered 05/09/23 16:26:46    Desc Main
Document    Page 1 of 1

FILED
5/9/23 4:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-24220-GLT |
| | : | Chapter: | 13 |
| David Wadsworth | : | | |
| Karen L Wadsworth | : | | |
| | : | Date: | 5/9/2023 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**  #153 - Trustee's Motion to Dismiss Case
 [Response due 4/26/2023]
 #155 - Certificate of No Objection
 #156 - Response to Motion Filed by Debtor

**APPEARANCES**:
 Debtor: Corey J. Sacca
 Trustee: Owen Katz
 PHEPLE: Natalie Piscione

**NOTES:**  [10:21]

Katz: Have received payments since the motion was filed. $4,992 needed to complete.

Sacca: Believes with wage attachment the Debtors should be able to have everything paid by the end of June and be ready to take over long term continuing debt.

Court: To the extent the credit union and Debtor agree to payments outside the plan, they shall submit a stipulation and have it reviewed by the chapter 13 trustee.

**OUTCOME:**

1) For the reasons stated on the record, the *Trustee's Motion to Dismiss Case* [Dkt. No. 153] is continued to July 12, 2023 at 9 a.m. [Text order].

**DATED:** 5/9/2023