UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

7/6/23 11:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  DAVID WADSWORTH<br>  KAREN L WADSWORTH<br>          Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>          Movant<br>              vs.<br>  DAVID WADSWORTH<br>  KAREN L WADSWORTH<br><br>          Respondents | Case No.17-24220GLT<br><br>Chapter 13<br><br>Related to Dkt. No. 162 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 6th day of July 2023, it is hereby ORDERED, ADJUDGED, and DECREED that,

Us Steel Irvin Works
Attn Payroll Manager
Camp Hollow Rd
West Mifflin, PA 15122

is hereby ordered to immediately terminate the attachment of the wages of DAVID WADSWORTH, social security number XXX-XX-6787. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DAVID WADSWORTH.

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_____ jah
GREGORY L. TADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-24220-GLT

David Wadsworth  Chapter 13

Karen L Wadsworth

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 2
Date Rcvd: Jul 06, 2023  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2023:**

**Recip ID**    **Recipient Name and Address**
db/jdb    + David Wadsworth, Karen L Wadsworth, 309 Baltimore Street, Belle Vernon, PA 15012-1562

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2023 at the address(es) listed below:

**Name**    **Email Address**

Brian Nicholas
    on behalf of Creditor VW Credit  Inc. bnicholas@kmllawgroup.com

Corey J. Sacca
    on behalf of Joint Debtor Karen L Wadsworth csacca@bononilaw.com
    coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com

Corey J. Sacca
    on behalf of Debtor David Wadsworth csacca@bononilaw.com
    coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com

Kevin Scott Frankel
    on behalf of Creditor Carrington Mortgage Services  LLC, et al. pabk@logs.com, logsecf@logs.com

Kristen D. Little

on behalf of Creditor Carrington Mortgage Services  LLC, et al. kdlittleecf@gmail.com

Kristen D. Little

on behalf of Creditor BANK OF AMERICA  N.A. kdlittleecf@gmail.com

Natalie Norina Piscione

on behalf of Creditor Westmoreland Community Federal Credit Union covellilawoffices@yahoo.com  ndantonio@covellilaw.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 10