**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>David Wadsworth and Karen L. Wadsworth,<br>    Debtor(s)<br><br>David Wadsworth and Karen L. Wadsworth,<br>    Movant(s)<br>           v.<br>No Respondent(s) | Bankruptcy No. 17-24220-GLT<br><br>Chapter 13 |

### DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor(s) has made all payments required by the Chapter 13 Plan.

2. The Debtor(s) is/are not required to pay any Domestic Support Obligations.

3. The Debtor(s) is/are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor(s) has/have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On February 7, 2018, at docket numbers 36 and 37. Debtor(s) complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing the Certificates of Completion of Personal Financial Management Course.

This Certification is being signed under penalty of perjury by: Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

| | |
|---|---|
| August 7, 2023<br>Date | /s/David Wadsworth<br>Debtor |
| August 7, 2023<br>Date | /s/Karen L. Wadsworth<br>Joint Debtor |
| | Respectfully submitted, |
| Dated: August 7, 2023 | /s/ Corey J. Sacca<br>Corey J. Sacca, Esquire<br>PA ID 306741<br>Bononi & Company, P.C.<br>20 North Pennsylvania Ave.<br>Greensburg, PA 15601<br>724-832-2499<br>csacca@bononilaw.com |