Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **David Wadsworth** | : | Case No. 17−24220−GLT |
| **fka Karen Latkanich** | : | Chapter: 13 |
| **Karen L Wadsworth** | : | |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | Related to Document No. 178 |
| | : | |
| v. | : | Hearing Date: 10/18/23 at 11:00 AM |
| **No Respondents** | : | |
| *Respondent(s).* | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

     *AND NOW,* this *The 28th of August, 2023*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 178 by the Chapter 13 Trustee,

     It is hereby ***ORDERED, ADJUDGED*** and ***DECREED*** that:

     (1)  ***On or before October 9, 2023***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

     (2)  This Motion is scheduled for hearing on ***October 18, 2023 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

     (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

     (4)  Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
David Wadsworth  
Karen L Wadsworth  
    Debtors

Case No. 17-24220-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Aug 28, 2023      Form ID: 604      Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | David Wadsworth, Karen L Wadsworth, 309 Baltimore Street, Belle Vernon, PA 15012-1562 |
| 14714448 | + | Wesbanco Inc, 1 Bank Plaza, Wheeling, WV 26003-3565 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Aug 28 2023 23:36:00 | Carrington Mortgage Services, LLC, et al., 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5948 |
| cr | | Email/Text: pconley@westmorelandfcu.org | Aug 28 2023 23:39:00 | Westmoreland Community Federal Credit Union, 230 Theobold Avenue, BUILDING G, GREENSBURGH, PA 15601 |
| cr | + | Email/Text: bankrupt-adjdept@wesbanco.com | Aug 28 2023 23:39:00 | WESBANCO BANK, INC, 1 BANK PLAZA, WHEELING, WV 26003-3565 |
| 14759829 | + | Email/Text: BKBCNMAIL@carringtonms.com | Aug 28 2023 23:36:00 | Bank of America, N.A., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14714439 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 28 2023 23:37:00 | Brclysbankde, Po Box 8803, Wilmington, DE 19899-8803 |
| 14714440 | + | Email/Text: BKBCNMAIL@carringtonms.com | Aug 28 2023 23:36:00 | Carrington Mortgage Services, 1600 South Douglass Road,, Suite 200-A, Anaheim, CA 92806-5948 |
| 15558806 | + | Email/Text: BKBCNMAIL@carringtonms.com | Aug 28 2023 23:36:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14714441 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 28 2023 23:38:00 | Cb/buckle, Po Box 182789, Columbus, OH 43218-2789 |
| 14714442 | | Email/Text: mrdiscen@discover.com | Aug 28 2023 23:36:00 | Discoverbank, Po Box 15316, Wilmington, DE 19850 |
| 14714443 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 28 2023 23:37:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 14714444 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 28 2023 23:38:00 | Midland Fund, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14754122 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 28 2023 23:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14714445 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 28, 2023 | Form ID: 604 | Total Noticed: 26 |

|  |  |  | Aug 28 2023 23:38:00 | PA Dept. of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
|---|---|---|---|---|
| 14726564 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2023 23:41:45 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14715308 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 29 2023 00:02:30 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14728243 |  | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 28 2023 23:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14732037 | + | Email/Text: ebnpeoples@grblaw.com | Aug 28 2023 23:36:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C, 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14790338 |  | Email/Text: bnc-quantum@quantum3group.com | Aug 28 2023 23:38:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14714446 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2023 23:41:45 | Sunoco/citi, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14714447 |  | Email/Text: vci.bkcy@vwcredit.com | Aug 28 2023 23:38:00 | Vw Credit, 2333 Waukeegan Rd, Deerfield, IL 60015 |
| 14725481 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Aug 28 2023 23:37:00 | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 14757816 |  | Email/PDF: ebn_ais@aisinfo.com | Aug 28 2023 23:40:39 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14743848 |  | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 29 2023 00:20:25 | Wells Fargo Bank, N.A., d/b/a WFDS, P.O. Box 19657, Irvine, CA 92623-9657 |
| 14714450 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 28 2023 23:41:39 | Wfds/wds, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | BANK OF AMERICA, N.A. |
| cr |  | Carrington Mortgage Services, LLC |
| cr |  | VW Credit, Inc. |
| 14745576 |  | Westmoreland Community Federal Credit Union |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15427555 | *P++ | PHEPLE FEDERAL CREDIT UNION, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURG PA 15601-3734, address filed with court:, PHEPLE FEDERAL CREDIT UNION, 230 THEOBOLD AVENUE, GREENSBURG, PA 15601 |
| 14714451 | *P++ | PHEPLE FEDERAL CREDIT UNION, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURG PA 15601-3734, address filed with court:, Wstmrlnd Fcu, 238 S Pennslyvania Ave, Greensburg, PA 15601 |
| 14714449 | ##+ | Westmoreland Community Federal, 1007 Georges Station Road, Greensburg, PA 15601-6982 |

TOTAL: 4 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

Case 17-24220-GLT    Doc 180    Filed 08/30/23    Entered 08/31/23 00:29:23    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 28, 2023 | Form ID: 604 | Total Noticed: 26 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2023                                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor VW Credit Inc. bnicholas@kmllawgroup.com |
| Corey J. Sacca | on behalf of Debtor David Wadsworth csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Corey J. Sacca | on behalf of Joint Debtor Karen L Wadsworth csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Heather Stacey Riloff | on behalf of Creditor Carrington Mortgage Services LLC logsecf@logs.com, Michelle@mvrlaw.com |
| Kevin Scott Frankel | on behalf of Creditor Carrington Mortgage Services LLC, et al. pabk@logs.com, logsecf@logs.com |
| Kristen D. Little | on behalf of Creditor BANK OF AMERICA N.A. KRLITTLE@FIRSTAM.COM |
| Kristen D. Little | on behalf of Creditor Carrington Mortgage Services LLC, et al. KRLITTLE@FIRSTAM.COM |
| Natalie Norina Piscione | on behalf of Creditor Westmoreland Community Federal Credit Union covellilawoffices@yahoo.com ndantonio@covellilaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 11