**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DAVID WADSWORTH<br>KAREN L WADSWORTH<br>       Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>       Movant<br>       vs.<br>No Respondents. | Case No.:17-24220<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,  *
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 25, 2023

**\*Pheple Federal Credit Union**
**Claim #9 is excepted from**
**discharge per the stipulated**
**order at Doc. Nos. 147 and 170**

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/23/2017 and confirmed on 4/16/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | | |
|---|---:|---:|---:|
| Total Receipts | | | 156,911.18 |
| Less Refunds to Debtor | | 1,864.81 | |
| TOTAL AMOUNT OF PLAN FUND | | | 155,046.37 |
| Administrative Fees | | | |
|   Filing Fee | | 0.00 | |
|   Notice Fee | | 0.00 | |
|   Attorney Fee | | 4,000.00 | |
|   Trustee Fee | | 7,014.74 | |
|   Court Ordered Automotive Insurance | | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | | 11,014.74 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CARRINGTON MORTGAGE SERVICES LLC | 0.00 | 72,278.39 | 0.00 | 72,278.39 |
|     Acct: 2076 | | | | |
|   CARRINGTON MORTGAGE SERVICES LLC | 17,853.76 | 17,853.76 | 0.00 | 17,853.76 |
|     Acct: 2076 | | | | |
|   INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6988 | | | | |
|   WESBANCO BANK INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7653 | | | | |
|   VW CREDIT INC | 9,200.00 | 9,200.00 | 1,414.66 | 10,614.66 |
|     Acct: 2499 | | | | |
|   PHEPLE FEDERAL CREDIT UNION | 8,000.00 | 8,000.00 | 1,317.28 | 9,317.28 |
|     Acct: 0021 | | | | |
|   PHEPLE FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0021 | | | | |
| | | | | 110,064.09 |
| **Priority** | | | | |
|   COREY J SACCA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID WADSWORTH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID WADSWORTH | 1,864.81 | 1,864.81 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BONONI & COMPANY | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 28,350.85 | 28,350.85 | 0.00 | 28,350.85 |
|     Acct: 6988 | | | | |
|   PA DEPARTMENT OF REVENUE* | 1,242.84 | 1,242.84 | 0.00 | 1,242.84 |
|     Acct: 6787 | | | | |
| | | | | 29,593.69 |
| **Unsecured** | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 1,044.64 | 138.90 | 0.00 | 138.90 |
|     Acct: 0131 | | | | |
|   BUCKLE++ | 0.00 | 0.00 | 0.00 | 0.00 |

17-24220                                                                                                       Page 2 of 2

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 3250 | | | | |
| | DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5823 | | | | |
| | MIDLAND FUNDING LLC | 2,009.03 | 267.12 | 0.00 | 267.12 |
| | Acct: 8894 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 369.86 | 49.18 | 0.00 | 49.18 |
| | Acct: 2568 | | | | |
| | WESBANCO BANK INC(*) | 6,574.51 | 874.16 | 0.00 | 874.16 |
| | Acct: 4117 | | | | |
| | WELLS FARGO BANK NA D/B/A WELLS FA | 7,244.87 | 963.29 | 0.00 | 963.29 |
| | Acct: 5777 | | | | |
| | PHEPLE FEDERAL CREDIT UNION F/K/A W | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1003 | | | | |
| | PA DEPARTMENT OF REVENUE* | 967.49 | 128.64 | 0.00 | 128.64 |
| | Acct: 6787 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 828.52 | 110.16 | 0.00 | 110.16 |
| | Acct: 6409 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 342.87 | 45.59 | 0.00 | 45.59 |
| | Acct: 2482 | | | | |
| | INTERNAL REVENUE SERVICE* | 5,386.63 | 716.22 | 0.00 | 716.22 |
| | Acct: 6988 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 1,180.74 | 156.99 | 0.00 | 156.99 |
| | Acct: 0001 | | | | |
| | QUANTUM3 GRP LLC AGNT - GALAXY INT | 678.31 | 90.18 | 0.00 | 90.18 |
| | Acct: 7155 | | | | |
| | AMERICAN INFOSOURCE LP AGENT FOR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | VW CREDIT INC | 6,268.08 | 833.42 | 0.00 | 833.42 |
| | Acct: 2499 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6409 | | | | |
| | LOGS LEGAL GROUP LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | RANDALL S MILLER & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 4,373.85 |

| TOTAL PAID TO CREDITORS | | | | | 144,031.63 |
|---|---|---|---|---|---:|

TOTAL CLAIMED
PRIORITY          29,593.69
SECURED           35,053.76
UNSECURED         32,895.55

Date: 08/25/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DAVID WADSWORTH
KAREN L WADSWORTH
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-24220

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.  *

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

```
*Pheple Federal Credit Union
Claim #9 is excepted from
discharge per the stipulated
orders at Doc. Nos. 147 and 170
```

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-24220-GLT |
| David Wadsworth | Chapter 13 |
| Karen L Wadsworth | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Aug 28, 2023 | Form ID: pdf900 | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Wadsworth, Karen L Wadsworth, 309 Baltimore Street, Belle Vernon, PA 15012-1562 |
| 14714448 | + | Wesbanco Inc, 1 Bank Plaza, Wheeling, WV 26003-3565 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Aug 28 2023 23:36:00 | Carrington Mortgage Services, LLC, et al., 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5948 |
| cr | | Email/Text: pconley@westmorelandfcu.org | Aug 28 2023 23:39:00 | Westmoreland Community Federal Credit Union, 230 Theobold Avenue, BUILDING G, GREENSBURGH, PA 15601 |
| cr | + | Email/Text: bankrupt-adjdept@wesbanco.com | Aug 28 2023 23:39:00 | WESBANCO BANK, INC, 1 BANK PLAZA, WHEELING, WV 26003-3565 |
| 14759829 | + | Email/Text: BKBCNMAIL@carringtonms.com | Aug 28 2023 23:36:00 | Bank of America, N.A., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14714439 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 28 2023 23:37:00 | Brclysbankde, Po Box 8803, Wilmington, DE 19899-8803 |
| 14714440 | + | Email/Text: BKBCNMAIL@carringtonms.com | Aug 28 2023 23:36:00 | Carrington Mortgage Services, 1600 South Douglass Road,, Suite 200-A, Anaheim, CA 92806-5948 |
| 15558806 | + | Email/Text: BKBCNMAIL@carringtonms.com | Aug 28 2023 23:36:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14714441 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 28 2023 23:38:00 | Cb/buckle, Po Box 182789, Columbus, OH 43218-2789 |
| 14714442 | | Email/Text: mrdiscen@discover.com | Aug 28 2023 23:36:00 | Discoverbank, Po Box 15316, Wilmington, DE 19850 |
| 14714443 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 28 2023 23:37:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 14714444 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 28 2023 23:38:00 | Midland Fund, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14754122 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 28 2023 23:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14714445 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 28, 2023 | Form ID: pdf900 | Total Noticed: 26 |

| | | Aug 28 2023 23:38:00 | PA Dept. of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
|---|---|---|---|
| 14726564 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 28 2023 23:41:43 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14715308 | + Email/PDF: rmscedi@recoverycorp.com Aug 29 2023 00:41:57 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14728243 | Email/Text: RVSVCBICNOTICE1@state.pa.us Aug 28 2023 23:38:00 | | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14732037 | + Email/Text: ebnpeoples@grblaw.com Aug 28 2023 23:36:00 | | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C, 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14790338 | Email/Text: bnc-quantum@quantum3group.com Aug 28 2023 23:38:00 | | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14714446 | + Email/PDF: Citi.BNC.Correspondence@citi.com Aug 28 2023 23:40:38 | | Sunoco/citi, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14714447 | Email/Text: vci.bkcy@vwcredit.com Aug 28 2023 23:38:00 | | Vw Credit, 2333 Waukeegan Rd, Deerfield, IL 60015 |
| 14725481 | + Email/Text: VWBKNotices@nationalbankruptcy.com Aug 28 2023 23:37:00 | | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 14757816 | Email/PDF: ebn_ais@aisinfo.com Aug 28 2023 23:40:42 | | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14743848 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Aug 28 2023 23:40:57 | | Wells Fargo Bank, N.A., d/b/a WFDS, P.O. Box 19657, Irvine, CA 92623-9657 |
| 14714450 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com Aug 28 2023 23:41:02 | | Wfds/wds, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | Carrington Mortgage Services, LLC |
| cr | | VW Credit, Inc. |
| 14745576 | | Westmoreland Community Federal Credit Union |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15427555 | *P++ | PHEPLE FEDERAL CREDIT UNION, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURG PA 15601-3734, address filed with court:, PHEPLE FEDERAL CREDIT UNION, 230 THEOBOLD AVENUE, GREENSBURG, PA 15601 |
| 14714451 | *P++ | PHEPLE FEDERAL CREDIT UNION, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURG PA 15601-3734, address filed with court:, Wstmrlnd Fcu, 238 S Pennslyvania Ave, Greensburg, PA 15601 |
| 14714449 | ##+ | Westmoreland Community Federal, 1007 Georges Station Road, Greensburg, PA 15601-6982 |

TOTAL: 4 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

Case 17-24220-GLT    Doc 181    Filed 08/30/23    Entered 08/31/23 00:29:23    Desc
Imaged Certificate of Notice    Page 7 of 7

| District/off: 0315-2 | User: auto | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Aug 28, 2023 | Form ID: pdf900 | Total Noticed: 26 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
| --- | --- |
| Brian Nicholas | on behalf of Creditor VW Credit Inc. bnicholas@kmllawgroup.com |
| Corey J. Sacca | on behalf of Debtor David Wadsworth csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Corey J. Sacca | on behalf of Joint Debtor Karen L Wadsworth csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Heather Stacey Riloff | on behalf of Creditor Carrington Mortgage Services LLC logsecf@logs.com, Michelle@mvrlaw.com |
| Kevin Scott Frankel | on behalf of Creditor Carrington Mortgage Services LLC, et al. pabk@logs.com, logsecf@logs.com |
| Kristen D. Little | on behalf of Creditor BANK OF AMERICA N.A. KRLITTLE@FIRSTAM.COM |
| Kristen D. Little | on behalf of Creditor Carrington Mortgage Services LLC, et al. KRLITTLE@FIRSTAM.COM |
| Natalie Norina Piscione | on behalf of Creditor Westmoreland Community Federal Credit Union covellilawoffices@yahoo.com ndantonio@covellilaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 11