IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
10/10/23 2:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
DAVID WADSWORTH
KAREN L WADSWORTH
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-24220

Chapter 13

Related to Docket No. 178

ORDER OF COURT

AND NOW, this __10th Day of October, 2023_____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code. *

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

```
*Pheple Federal Credit Union
Claim #9 is excepted from
discharge per the stipulated
orders at Doc. Nos. 147 and 170
```

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
David Wadsworth  
Karen L Wadsworth  
    Debtors

Case No. 17-24220-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Oct 10, 2023      Form ID: pdf900      Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Wadsworth, Karen L Wadsworth, 309 Baltimore Street, Belle Vernon, PA 15012-1562 |
| 14714448 | + | Wesbanco Inc, 1 Bank Plaza, Wheeling, WV 26003-3565 |
| 14714449 | + | Westmoreland Community Federal, 1007 Georges Station Road, Greensburg, PA 15601-6982 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Oct 11 2023 04:32:00 | Carrington Mortgage Services, LLC, et al., 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5948 |
| cr | | Email/Text: pconley@westmorelandfcu.org | Oct 11 2023 04:33:00 | Westmoreland Community Federal Credit Union, 230 Theobold Avenue, BUILDING G, GREENSBURGH, PA 15601 |
| cr | + | Email/Text: bankrupt-adjdept@wesbanco.com | Oct 11 2023 04:33:00 | WESBANCO BANK, INC, 1 BANK PLAZA, WHEELING, WV 26003-3565 |
| 14759829 | + | Email/Text: BKBCNMAIL@carringtonms.com | Oct 11 2023 04:32:00 | Bank of America, N.A., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14714439 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 11 2023 04:32:00 | Brclysbankde, Po Box 8803, Wilmington, DE 19899-8803 |
| 14714440 | + | Email/Text: BKBCNMAIL@carringtonms.com | Oct 11 2023 04:32:00 | Carrington Mortgage Services, 1600 South Douglass Road,, Suite 200-A, Anaheim, CA 92806-5948 |
| 15558806 | + | Email/Text: BKBCNMAIL@carringtonms.com | Oct 11 2023 04:32:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14714441 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 11 2023 04:32:00 | Cb/buckle, Po Box 182789, Columbus, OH 43218-2789 |
| 14714442 | | Email/Text: mrdiscen@discover.com | Oct 11 2023 04:32:00 | Discoverbank, Po Box 15316, Wilmington, DE 19850 |
| 14714443 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 11 2023 04:32:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 14714444 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 11 2023 04:33:00 | Midland Fund, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14754122 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 11 2023 04:33:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14714445 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 11 2023 04:33:00 | PA Dept. of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14726564 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 11 2023 04:42:28 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14715308 | + | Email/PDF: rmscedi@recoverycorp.com Oct 11 2023 04:53:23 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14728243 | | Email/Text: RVSVCBICNOTICE1@state.pa.us Oct 11 2023 04:33:00 | | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14732037 | + | Email/Text: ebnpeoples@grblaw.com Oct 11 2023 04:32:00 | | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C, 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14790338 | | Email/Text: bnc-quantum@quantum3group.com Oct 11 2023 04:32:00 | | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14714446 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Oct 11 2023 04:42:45 | | Sunoco/citi, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14714447 | | Email/Text: vci.bkcy@vwcredit.com Oct 11 2023 04:33:00 | | Vw Credit, 2333 Waukeegan Rd, Deerfield, IL 60015 |
| 14725481 | + | Email/Text: VWBKNotices@nationalbankruptcy.com Oct 11 2023 04:32:00 | | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 14757816 | | Email/PDF: ebn_ais@aisinfo.com Oct 11 2023 04:53:16 | | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14743848 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Oct 11 2023 04:42:26 | | Wells Fargo Bank, N.A., d/b/a WFDS, P.O. Box 19657, Irvine, CA 92623-9657 |
| 14714450 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Oct 11 2023 04:42:44 | | Wfds/wds, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | Carrington Mortgage Services, LLC |
| cr | | VW Credit, Inc. |
| 14745576 | | Westmoreland Community Federal Credit Union |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15427555 | *P++ | PHEPLE FEDERAL CREDIT UNION, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURG PA 15601-3734, address filed with court:, PHEPLE FEDERAL CREDIT UNION, 230 THEOBOLD AVENUE, GREENSBURG, PA 15601 |
| 14714451 | *P++ | PHEPLE FEDERAL CREDIT UNION, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURG PA 15601-3734, address filed with court:, Wstmrlnd Fcu, 238 S Pennslyvania Ave, Greensburg, PA 15601 |

TOTAL: 4 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 10, 2023 | Form ID: pdf900 | Total Noticed: 27 |

Date: Oct 12, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2023 at the address(es) listed below:**

**Name**         **Email Address**

Brian Nicholas
on behalf of Creditor VW Credit Inc. bnicholas@kmllawgroup.com

Corey J. Sacca
on behalf of Debtor David Wadsworth csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com

Corey J. Sacca
on behalf of Joint Debtor Karen L Wadsworth csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com

Heather Stacey Riloff
on behalf of Creditor Carrington Mortgage Services LLC logsecf@logs.com, Michelle@mvrlaw.com

Kevin Scott Frankel
on behalf of Creditor Carrington Mortgage Services LLC, et al. pabk@logs.com, logsecf@logs.com

Kristen D. Little
on behalf of Creditor BANK OF AMERICA N.A. KRLITTLE@FIRSTAM.COM

Kristen D. Little
on behalf of Creditor Carrington Mortgage Services LLC, et al. KRLITTLE@FIRSTAM.COM

Natalie Norina Piscione
on behalf of Creditor Westmoreland Community Federal Credit Union covellilawoffices@yahoo.com ndantonio@covellilaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 11